# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2744-24

A.G.,[1]

     Appellant,

v.

NEW JERSEY DEPARTMENT
OF CORRECTIONS,

     Respondent.

_____

       Submitted September 30, 2025 – Decided October 8, 2025

       Before Judges Chase and Augostini.

       On appeal from the New Jersey Department of Corrections.

       Jennifer N. Sellitti, Public Defender, attorney for appellant (Alison Gifford, Assistant Deputy Public Defender, of counsel and on the brief).

       Matthew J. Platkin, Attorney General, attorney for respondent (Christopher Weber, Assistant Attorney

---

[1] We use initials and a fictitious name to protect appellant's privacy interests. R. 1:38-11(b).

General, of counsel; Elizabeth Micheletti, Deputy
Attorney General, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation of withdrawal, the appeal is accordingly dismissed with prejudice.

I hereby certify that the foregoing is
a true copy of the original on file in
my office.

M.C. Harley

Clerk of the Appellate Division

A-2744-24